Local AO 450 (rev. 5/10)

# United States District Court
## *District of North Dakota*
### Northeastern Division

The University of Manitoba, a Manitoban
Body Corporate,

        Plaintiff,

vs.

Draeger Medical, Inc., a Pennsylvania
Corporation,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   2:13-cv-48

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on July 22, 2014:

(1) The U of M's claim for infringement is untenable in light of the Court's Final Claim Construction Order;

(2) Judgment of Non-Infringement is entered against the U of M and in favor of Draeger;

(3) Draeger's defenses and counterclaims regarding the '350 Patent's invalidity are dismissed without prejudice;

Date: July 22, 2014

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Ashley Sanders, Deputy Clerk*