IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF MANITOBA,<br>a Manitoban Body Corporate, | ) | Case No. 2:13-cv-00048-RRE-KKK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEAL |
| DRAEGER MEDICAL, INC.,<br>a Pennsylvania Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Notice is hereby given that Plaintiff The University of Manitoba hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this case on July 22, 2014.

Dated: August 12, 2014

Respectfully submitted,

*/s/ Marianne Oyerhavn Knudson*
Marianne Oyerhavn Knudson
PEARSON, CHRISTENSEN
& CLAPP, PLLP
24 North 4th Street
Grand Forks, North Dakota 58206-5758
Telephone: 701-775-0521
Facsimile: 701-775-0524
marianne@grandforkslaw.com

George C. Summerfield
Rolf O. Stadheim
STADHEIM & GREAR LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, Illinois 60611
Telephone: 312-755-4400
Facsimile: 312-755-4408
summerfield@stadheimgrear.com

*Attorneys for Plaintiff*
*The University of Manitoba*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| THE UNIVERSITY OF MANITOBA,<br>a Manitoban Body Corporate, | ) ) ) | Case No. 2:13-cv-00048-RRE-KKK |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| DRAEGER MEDICAL, INC.,<br>a Pennsylvania Corporation, | ) ) ) | CERTIFICATE OF SERVICE |
| Defendant. | ) ) ) | |

I hereby certify that on this 12th day of August, the accompanying NOTICE OF APPEAL

was filed electronically with the Clerk of the Court using the CM/ECF system that will send a

Notice of Electronic Filing to the following counsel of record:

Randall S. Hanson
rhanson@camrudlaw.com
Shannon E. Rogers
srogers@camrudlaw.com
CAMRUD, MADDOCK,
OLSON & LARSON, LTD
P.O. Box 5849
Grand Forks, North Dakota 58206-5849

Wayne A. Jones
wjones@jonesip.com
Dusty Vogelpohl
dvogelpohl@jonesip.com
JONES IP GROUP
2500 Dallas Parkway, Suite 550
Plano, Texas 75093

*/s/ Marianne Oyerhavn Knudson*
Marianne Oyerhavn Knudson